UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VERNON H. QUINN, JR.,

    Plaintiff,

v.

CITIBANK,

    Defendant.

Case No. 16-cv-810-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Vernon H. Quinn, Jr.'s motion for leave to proceed *in forma pauperis* (Doc. 3). In its August 29, 2016, order (Doc. 5), the Court questioned whether it had subject matter jurisdiction over Quinn's claim as currently pled and allowed him until September 26, 2016, to amend his complaint to allege facts showing the Court has diversity jurisdiction. It further warned Quinn that if he failed to timely file an amended complaint with the required information, the Court would deny his motion for leave to proceed *in forma pauperis* and would dismiss this case without prejudice for lack of jurisdiction. Quinn has not filed a timely amended complaint. Accordingly, as it warned it would, the Court **DENIES** Quinn's motion for leave to proceed *in forma pauperis* (Doc. 3) because this action fails to state a claim upon which this Court can grant relief. The Court further **DISMISSES** this action **without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for lack of jurisdiction and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: October 3, 2016**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**