UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VERNON H. QUINN, JR.,

    Plaintiff,

  v.

CITIBANK,

    Defendant.

Case No. 16-cv-810-JPG-SCW

## JUDGMENT

This matter having come before the Court and the plaintiff having dismissed its action for lack of subject matter jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: October 4, 2016**          **JUSTINE FLANAGAN, Acting Clerk of Court**

                                              *s/Tina Gray*, **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**